WABASH RY. CO. v. TERRILL. (Circuit Court of Appeals, Eighth Circuit. May 24, 1921.) No. 5809. In Error to the District Court of the United States for the Eastern District of Missouri. N. S. Brown, of St. Louis, Mo., and George A. Mahan and Dulany Mahan, both of Hannibal, Mo., for plaintiff in error. Aubrey R. Hammett, of Moberly, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation.

---

WATSON v. SAVAGE TIRE CORPORATION. (Circuit Court of Appeals, Sixth Circuit. May 3, 1921.) No. 3524. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; Peck, Judge. A. C. Shattuck, of Cincinnati, Ohio, for plaintiff in error. Jackson & Woodward, of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel

---

WEISMAN et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 1, 1921.) No. 5716. In Error to the District Court of the United States for the Eastern District of Missouri. Horace L. Dyer, of St. Louis, Mo., for plaintiffs in error. James E. Carroll, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

WELLMAN v. WESTERN UNION TEL. CO. (Circuit Court of Appeals, Sixth Circuit. October 5, 1921.) No. 3465. In Error to the District Court of the United States for the Southern Division of the Western District of Michigan; Sessions, Judge. Clare J. Hall, of Grand Rapids, Mich., for plaintiff in error. Rodgers & Rodgers, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

WESTERN ASSUR. CO. OF TORONTO, CANADA, v. ATLANTIC TRANSPORT CO. et al. DALY et al. v. ATLANTIC TRANSPORT CO. et al. (Circuit Court of Appeals, Second Circuit. December 19, 1921.) Nos. 73, 74. Appeal from the District Court of the United States for the Southern District of New York. Libels in admiralty by the Western Assurance Company of Toronto, Canada, and by Bartle Daly and another against the Atlantic Transport Company and the Director General of Railroads, operating the Philadelphia & Reading Railroad. From adverse decrees, the Director General appeals. Affirmed. Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel), for appellant. Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and J. Harvey Turnure, both of New York City, of counsel), for appellee Atlantic Transport Co. Henry. E. Mattison, of New York City, for appellee Western Assur. Co. Herbert Green, of New York City, for appellees Daly and Wood. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.